Mark A. Weisbart
Texas Bar No. 21102650
THE LAW OFFICES OF MARK A. WEISBART
12770 Coit Road, Suite 541
Dallas, Texas 75251
(972) 628-3694 phone
(972) 628-3687 fax
weisbartm@earthlink.net
CHAPTER 7 TRUSTEE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| IN RE:<br><br>SCOTT PRICE<br>KIM PRICE<br><br>Debtor(s) | Case No. 04-30068<br>Chapter 7 |

## NOTICE TO DEPOSIT FUNDS INTO THE UNCLAIMED FUNDS REGISTRY OF THE UNITED STATES BANKRUPTCY COURT

The undersigned Trustee of the above styled estate states as follows for his Notice to Deposit Funds Into the Unclaimed Funds Registry of the United States Bankruptcy Court:

1. That he is the duly qualified and acting Trustee in this case.

2. That he filed a Final Report that was approved by this Court. Final distributions were made.

3. The following check(s) were not negotiated within the 90-day period allowed:

   | Check No. | Claimant | Claim No. | Amount |
   |---|---|---|---|
   | 1021 | Fleet Credit Services | 9 | $2,687.11 |
   | 1022 | Greenpoint Credit | 10 | $1,874.04 |

   These unclaimed funds should be paid into the unclaimed registry of this Court.

4. Pursuant to 11 U.S.C. §347 and Chapter 129 of Title 28, U.S.C., and FRBP 3011, a check has been tendered to the Clerk of the United States Bankruptcy Court in the amount of $4,561.15.

/s/ Mark A. Weisbart
Mark A. Weisbart
Texas Bar No. 21102650
THE LAW OFFICES OF MARK A. WEISBART
12770 Coit Road, Suite 541
Dallas, Texas 75251
(972) 628-3694 phone
(972) 628-3687 fax
weisbartm@earthlink.net
CHAPTER 7 TRUSTEE